JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.A.M.M.,<br>Petitioner,<br>v.<br>ACTING OR CURRENT WARDEN, FACILITY ADMINISTRATION GEO GROUP INC, et al.,<br>Respondents. | Case No. 5:26-cv-03480-PD<br>**JUDGMENT**<br>**A# 240-888-603** |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus and Ordering Release, IT IS ADJUDGED that the Petition is granted under procedural due process, and the remaining claims are dismissed without prejudice.

The Clerk of the Court is directed to close this case.

DATED: November 16, 2026

Patricia Donahue

Patricia Donahue
United States Magistrate Judge